UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FRANCIS STOKES,<br><br>Defendant. | CASE NO. CR91-3 TSZ<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 18, 2005. The United States was represented by Michael Lang. The defendant was represented by Robert Gombiner for Jay Stansell. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Robbery on or about April 15, 2004. The Hon. Thomas S. Zilly of this court sentenced Defendant to 100 months of confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Brian K. Facklam alleged that Defendant violated the conditions of supervised release in one respect:

PROPOSED FINDINGS
PAGE -1-

  (1) Using methamphetamine on or before August 12, 2005, in violation of standard condition 7.

At an initial hearing, I advised the defendant of these charges and of her/his constitutional rights. At today's hearing Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 28th day of November, 2005.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge : Hon. Thomas S. Zilly
   Assistant U.S. Attorney : Michael Lang
   Defense Attorney : Jay Stansell
   U. S. Probation Officer : Brian K. Facklam